# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Sabrina Brown Erkhart**
**Brett Alvin Erkhart**
Debtor(s)

Case No.  **24-51518**
Chapter  **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **April 15, 2025**        **/s/ Sabrina Brown Erkhart**
**Sabrina Brown Erkhart**
Signature of Debtor

Date:  **April 15, 2025**        **/s/ Brett Alvin Erkhart**
**Brett Alvin Erkhart**
Signature of Debtor

```
SABRINA BROWN ERKHART           DLL FINANCE LLC                 NAVIENT
BRETT ALVIN ERKHART             8001 BIRCHWOOD CT               ATTN: BANKRUPTCY
138 ERKHART LN                  PO BOX2000                      PO BOX 9635
LUCEDALE, MS 39452              JOHNSTON, IA 50131              WILKES BARRE, PA 18773


THOMAS C. ROLLINS, JR.          DOVENMUEHLE MORTGAGE            NCB MANAGEMENT
THE ROLLINS LAW FIRM, PLLC      ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
P.O. BOX 13767                  1 CORPORATE DR. ST 360          1 ALLIED DRIVE
JACKSON, MS 39236               LAKE ZURICH, IL 60047           TREVOSE, PA 19053


1ST FRANKLIN                    EDFINANCIAL SERVICES L          ONE MAIN FINANCIAL
1018 INDUSTRIAL PKWY            120 N SEVEN OAKS DRIVE          ATTN: BANKRUPTCY
SARALAND, AL 36571              KNOXVILLE, TN 37922             PO BOX 3251
                                                                EVANSVILLE, IN 47731


AFFIRM, INC.                    FAMILY CHO                      PORTFOLIO RECOVERY
650 CALIFORNIA ST               168 COWART ST # 2               ATTN: BANKRUPTCY
FL 12                           LUCEDALE, MS 39452              120 CORPORATE BLVD
SAN FRANCISCO, CA 94108                                         NORFOLK, VA 23502


ALABAMA CREDIT UNION            INTERNAL REVENUE SERVI          SINGING RIVER FCU
ATTN: BANKRUPTCY                CENTRALIZED INSOLVENCY          ATTN: BANKRUPTCY
220 PAUL W BRYANT DR E          P.O. BOX 7346                   6006 HIGHWAY 63
TUSCALOOSA, AL 35401            PHILADELPHIA, PA 19101-7346     MOSS POINT, MS 39563


BOLLINGER SHIPYARDS             INTERNAL REVENUE SERVI          SMITH ROUCHON
900 BAYOU CASOTTE PKWY          C/O US ATTORNEY                 1456 ELLIS AVE.
PASCAGOULA, MS 39581            501 EAST COURT ST               JACKSON, MS 39204
                                STE 4.430
                                JACKSON, MS 39201


CBA                             KOHL'S                          US ATTORNEY GENERAL
ATTN: BANKRUPTCY                PO BOX 3043                     US DEPT OF JUSTICE
PO BOX 5013                     MILWAUKEE, WI 53201             950 PENNSYLVANIA AVENW
HAYWARD, CA 94540                                               WASHINGTON, DC 20530-00


CHIME/STRIDE BANK               LVNV FUNDING
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
PO BOX 417                      PO BOX 10497
SAN FRANCISCO, CA 94104         GREENVILLE, SC 29603


CITIBANK/HOME DEPOT             MS DEPT OF REVENUE***
CITICORP CR SRVS/CENTRALIZED BANKRUPTCY SECTION
PO BOX 790040                   PO BOX 22808
ST LOUIS, MO 63179              JACKSON, MS 39225-2808
```