# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Sabrina Brown Erkhart                                    Case No. 24-51518-KMS
         Brett Alvin Erkhart, Debtors                             CHAPTER 13

## NOTICE

The undersigned counsel for Debtors have filed papers with the court to approve attorney's compensation.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the Debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: April 21, 2025       Signature:       /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer A Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            PO Box 13767
                                            Jackson, MS 39236
                                            601-500-5533
                                            trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Sabrina Brown Erkhart                                   Case No. 24-51518-KMS
         Brett Alvin Erkhart, Debtors                            CHAPTER 13

**SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF NECESSARY EXPENSES
FOR THOMAS C. ROLLINS, JR.**

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the Debtors, and files this *Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1. On October 22, 2024, Debtors filed a bankruptcy petition under Chapter 13 of the bankruptcy code.

2. The Debtors and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award. Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour. Paralegals are billed at a rate of $155.00 per hour. Legal Assistants bill at $100.00 per hour. Said rates are reasonable and in keeping with community custom and standards for attorneys in this area. T.C. Rollins and Jennifer Calvillo are both board certified in consumer bankruptcy law by the American Board of Certification.

3. The Debtors herein did not provide a retainer.

4. Throughout our representation of the Debtors herein, our firm has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided. The services provided by the firm were reasonable in view of the circumstances of this case.

5. The Court previously approved compensation in the amount of 3,386.66 (Dk #26).

6. The chapter 13 Trustee has disbursed $2,158.05 on this claims as of April 21, 2025.

7. The time incurred and services provided by the firm since the filing of the previous fee application have resulted in Attorney's fees in the amount of $1,277.00 and expenses in the amount of $124.16 for a total of $1,401.16. A detailed accounting of which is attached hereto as Exhibit "A".

8. This is the Applicants' Second request for allowance of compensation for professional services rendered in this proceeding.  This request covers the period from December 6, 2024 to April 21, 2025.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtors to pay said attorneys' fees and expenses.  Applicants pray for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case.  The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>SABRINA BROWN ERKHART<br>BRETT ALVIN ERKHART | CASE NO: 24-51518<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/23/2025, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A

Exhibit C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/23/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>SABRINA BROWN ERKHART<br>BRETT ALVIN ERKHART | CASE NO: 24-51518<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 4/23/2025, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A

Exhibit C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/23/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-51518<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE APR 22 13-1-18 PST 2025 | ~~(U)AMERISAVE MORTGAGE CORPORATION~~ | FLOWERING PEACH BK LLC<br>PO BOX 1149<br>GRAPEVINE  TX 76099-1149 |
| SINGING RIVER HEALTH SYSTEM<br>CO MICHAEL J MCELHANEY  JR<br>P O BOX 1618<br>PASCAGOULA   MS 39568-1618 | EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | 1ST FRANKLIN<br>1018 INDUSTRIAL PKWY<br>SARALAND  AL 36571-3720 |
| 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMINISTRATIVE SERVICES<br>PO BOX 880<br>TOCCOA GA 30577-0880 | AFFIRM  INC<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO   CA 94108-2716 | AIDVANTAGE ON BEHALF OF<br>DEPT OF ED LOAN SERVICES<br>PO BOX 300001<br>GREENVILLE TX 75403-3001 |
| ALABAMA CREDIT UNION<br>ATTN BANKRUPTCY<br>220 PAUL W BRYANT DR E<br>TUSCALOOSA   AL 35401-2007 | (P)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 | BIENVILLE ORTHOPAEDIC SPECIALISTS  LLC<br>CO WAKEFIELD  ASSOCIATES  LLC<br>PO BOX 58<br>FORT MORGAN  CO 80701-0058 |
| BOLLINGER SHIPYARDS<br>900 BAYOU CASOTTE PKWY<br>PASCAGOULA   MS 39581-9602 | CBA<br>ATTN BANKRUPTCY<br>PO BOX 5013<br>HAYWARD   CA 94540-5013 | CHIMESTRIDE BANK<br>ATTN BANKRUPTCY<br>PO BOX 417<br>SAN FRANCISCO   CA 94104-0417 |
| CITIBANKHOME DEPOT<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>ST LOUIS   MO 63179-0040 | DLL FINANCE LLC<br>PO BOX 2000<br>JOHNSTON   IA 50131-0020 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| EXCLUDE<br>~~(D)(P)DOVENMUEHLE MORTGAGE~~<br>~~1 CORPORATE DRIVE SUITE 360~~<br>~~LAKE ZURICH IL 60047-8945~~ | EDFINANCIAL SERVICES L<br>120 N SEVEN OAKS DRIVE<br>KNOXVILLE  TN 37922-2359 | FAMILY CHOICE FINANCIAL  INC<br>168 COWART ST<br>SUITE 2<br>LUCEDALE  MS 39452-5916 |
| EXCLUDE<br>~~(D)FLOWERING PEACH BK LLC~~<br>~~PO BOX 1149~~<br>~~GRAPEVINE  TX 76099-1149~~ | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | KOHLS<br>PO BOX 3043<br>MILWAUKEE  WI 53201-3043 |
| LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE   SC 29603-0587 | LVNV FUNDING<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE   SC 29603-0497 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION PO BOX 22808<br>JACKSON  MS 39225-2808 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| NCB MANAGEMENT SERVICES INC<br>ATTN BANKRUPTCY<br>ONE ALLIED DRIVE<br>TREVOSE PA 19053-6945 | NATALIE BROWN ESQ<br>FOR AMERISAVE MORTGAGE CORPORATION<br>RUBIN LUBLIN LLC<br>3145 AVALON RIDGE PLACE SUITE 100<br>PEACHTREE CORNERS GA 30071-1570 | NAVIENT<br>ATTN BANKRUPTCY<br>PO BOX 9635<br>WILKES BARRE PA 18773-9635 |
| ONE MAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | ONEMAIN FINANCIAL GROUP LLC<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| EXCLUDE<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | SINGING RIVER FCU<br>ATTN BANKRUPTCY<br>6006 HIGHWAY 63<br>MOSS POINT MS 39563-9534 |
| EXCLUDE<br>~~(D)SINGING RIVER HEALTH SYSTEM~~<br>~~CO MICHAEL J MCELHANEY JR~~<br>~~P O BOX 1618~~<br>~~PASCAGOULA MS 39568-1618~~ | SMITH ROUCHON<br>1456 ELLIS AVE<br>JACKSON MS 39204-2204 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 |
| US DEPARTMENT OF EDUCATION<br>EDFINANCIAL SERVICES<br>120 N SEVEN OAKS DRIVE<br>KNOXVILLE TN 37922-2359 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | BRETT ALVIN ERKHART<br>138 ERKHART LN<br>LUCEDALE MS 39452-4459 |
| DEBTOR<br>SABRINA BROWN ERKHART<br>138 ERKHART LN<br>LUCEDALE MS 39452-4459 | EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | (P)WARREN A CUNTZ T1 JR<br>PO BOX 3749<br>GULFPORT MS 39505-3749 |