

## INVOICE

Invoice # 7827
Date: 04/21/2025
Due On: 05/21/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Sabrina Brown Erkhart and Brett Alvin Erkhart

## 05481-Erkhart Sabrina Brown Erkhart and Brett Alvin

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | KR | 12/06/2024 | Drafted and reviewed the invoice for attorney and expense fees; reviewed previous payments submitted for Trust amount | 0.20 | $0.00 | $0.00 |
| Service | KR | 12/09/2024 | Reviewed the total amount of hours and amounts for lodestar calculation; drafted lodestar calculation | 0.30 | $0.00 | $0.00 |
| Service | KR | 12/09/2024 | Draft Fee Application and Proposed Order: Drafted Application for Compensation utilizing Lodestar Analysis and billing activities; drafted Notice, Affidavit, and Proposed Order. | 0.60 | $0.00 | $0.00 |
| Service | KR | 12/09/2024 | Drafted email memo to TR re:review Application for Compensation, Exhibits A, C, Proposed Order, and Lodestar Analysis for his review. | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/09/2024 | Drafted email memo to VM re: affidavit for Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/09/2024 | Received and reviewed the signed affidavit for the Application for Compensation from VM | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/10/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application, the 21 day Notice, the Exhibits and the Proposed Order for upload to the court | 0.20 | $0.00 | $0.00 |

Invoice # 7827 - 04/21/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | VM | 12/10/2024 | Reviewed NDC website to confirm first payment was made. Confirmed it was. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 12/11/2024 | Review: Proof of Claim 24-51518-KMS Portfolio Recovery Associates, LLC Document # 11 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/11/2024 | Review: Proof of Claim 24-51518-KMS Resurgent Receivables, LLC Document # 12 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 12/11/2024 | Review: Proof of Claim 24-51518-KMS Department of Treasury Document # Amended 7 | 0.20 | $360.00 | $72.00 |
| Service | VM | 12/16/2024 | Call Debtor: Called debtor, requested update on tax returns, debtor had a question regarding how should he refile tax returns given that he files them hisself. Drafted memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | VM | 12/16/2024 | Call Debtor: Phone conference with debtor to discuss update on tax returns requested from the IRS | 0.10 | $100.00 | $10.00 |
| Service | VM | 12/30/2024 | Call Debtor: Attempted to call debtor regarding Tax returns documents requested from the IRS, no response. Drafted text message. | 0.10 | $100.00 | $10.00 |
| Service | VM | 12/31/2024 | Call Debtor: Attempted to call debtor regarding tax returns request, no response. Drafted text message for debtor to give me a call back as soon as possible. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/03/2025 | Review: 24-51518-KMS Minute Entry (CHAP) Document# 24 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/03/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-51518-KMS AmeriSave Mortgage Corporation Document # 14 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-51518-KMS BIENVILLE ORTHOPAEDIC SPECIALISTS, LLC Document # 13 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-51518-KMS Singing River Health System Document # 15. Review deadline - claim is filed late, set task to object to claim | 0.10 | $360.00 | $36.00 |

Invoice # 7827 - 04/21/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 01/07/2025 | Review: 24-51518-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 25 | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/07/2025 | Review: 24-51518-KMS Order on Application for Compensation Document# 26 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/16/2025 | Review: 24-51518-KMS Motion to Dismiss Debtor Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/16/2025 | Review: Proof of Claim 24-51518-KMS Aidvantage on behalf of Document # 16 | 0.10 | $360.00 | $36.00 |
| Service | VM | 01/16/2025 | Call Debtor: Attempted to call debtor and wife regarding tax documents requested by IRS, no response. Drafted text message to debtor and wife to request call. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/16/2025 | Call Debtor: Attempted to call debtor, no response, left voicemails, drafted email and text messages to Husband and wife. Wife called back, informed her of situation, said she would get in contact with her husband. Husband then called, explained situation to him as well, tried to say I did not give him IRS contact number but I in fact did last phone conversation, informed debtor of number again, he said he would call her to get W2's and he would give me a call back. | 0.20 | $100.00 | $20.00 |
| Service | VM | 01/16/2025 | Call Debtor: Attempted to call debtors regarding motion to dismiss, no response. Drafted text message to debtors to file 2018 and 2020 tax returns as soon as possible as this could lead to a dismissal. Informed them of their options, awaiting text back. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/16/2025 | Incoming Call: Debtor called to return voicemail I left, informed her of situation with taxes and how their case is going to get dismissed if they do not file required tax returns, requested she have her husband call me. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/16/2025 | Incoming Call: Debtor called to return voicemail I left, informed him of situation with taxes and how their case is going to get dismissed if they | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | do not file required tax returns. | | | |
| Service | VM | 01/17/2025 | Contact Debtor (Text/Email): Reviewed text message from debtors regarding tax returns, drafted one back, they did not go through so I sent an email. Attempted to call debtors, no response. Left voicemails. | 0.20 | $100.00 | $20.00 |
| Service | VM | 01/17/2025 | Incoming Call: Debtor called to inform us he had been in contact with IRS case worker, said she would be sending over documents debtor needed to fill out and that debtor would be sending 2020 transcripts he has. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/17/2025 | Review: 24-51518-KMS Hearing Set - Bankruptcy Document# 30 | 0.10 | $0.00 | $0.00 |
| Service | VM | 01/17/2025 | Contact Debtor (Text/Email): Attempted to call debtor, no response. Drafted text message to debtors to request a call before 5pm. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/17/2025 | Call Debtor: Attempted to call debtors, no response. Left voicemails for both debtors to request they work on gathering required tax returns over the holiday. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/21/2025 | Contact Debtor (Text/Email): Drafted text message to debtor to request update or a call as soon as possible. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/21/2025 | Incoming Call: Reviewed text from debtor, called him to get more clarification on situation, debtor said he's trying to file returns today but due to snow, everywhere is closed, I suggested he try online, he said he would contact social security case worker to see if they could get a extension due to snow, also requested debtor to request liz send document recommended for wife directly to email so we could work on said document for wife to fill out. | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/21/2025 | Reviewed signed taxes for 2020 and the signed tax letter for 2018; merged with existing client documents; drafted email to the case administrator at the IRS with the documentation requesting an amended proof of claim to be filed; | 0.20 | $155.00 | $31.00 |

Invoice # 7827 - 04/21/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 01/21/2025 | Drafted email to the Trustee's office with the 2020 taxes and the 2018 tax letter since the Trustee filed a Motion to Dismiss | 0.10 | $155.00 | $15.50 |
| Service | VM | 01/21/2025 | Contact Debtor (Text/Email): Reviewed debtor's email requesting I review his email, drafted response back to debtor that I had not received email yet. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/21/2025 | Review email from debtor: Received debtor's email, reviewed 2020 tax returns and letter by spouse to explain why she did not file in 2018, sent to paralegal for review. Phone conference with debtor to inform them I received email and that I was sending to paralegal for further action | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/21/2025 | Call Debtor: Attempted to call debtor to inform them we believe we have all required tax returns and that we were sending tax returns to the IRS case work and the case Trustee for their review, no response. Drafted text message to debtor. | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/21/2025 | Reviewed email from the IRS stating that the amended claim will be filed within 24-48 hours | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/24/2025 | Review: Proof of Claim 24-51518-KMS Department of Treasury Document # Amended 7 | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/29/2025 | Reviewed email from the Trustee's office stating they have filed an order withdrawing the Motion to Dismiss | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/29/2025 | Review: 24-51518-KMS Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 33 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/31/2025 | Review: 24-51518-KMS Order Confirming Chapter 13 Plan Document# 34 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/12/2025 | Review: 24-51518-KMS Objection to Claim with 30 day notice Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | VM | 03/19/2025 | Incoming Call: Debtor called to notify us of his Change of Employer, informed debtor of what is needed, and drafted a text message. | 0.10 | $100.00 | $10.00 |

Invoice # 7827 - 04/21/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | VM | 03/20/2025 | Reviewed text message from debtor with new employment details, drafted email to trustee admin regarding Change of Employer. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/20/2025 | Review: 24-51518-KMS Order Regarding Objection to Claim Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/21/2025 | Review: 24-51518-KMS Order Upon Employer Directing Deductions from Pay Document# 42 | 0.10 | $0.00 | $0.00 |
| Service | BB | 03/24/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Wage Order document. Drafted email to debtor providing their wage order and informed them of the procedure and how they can monitor their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/03/2025 | Review and respond to email memo: Reviewed forwarded email from debtor providing a letter from her employer stating she will be garnished for debts owed to MSDOR. Drafted email to debtor requesting the writ of garnishment from her employer. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/04/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing them of my email request for the writ of garnishment. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/07/2025 | Review and respond to email memo: Reviewed email memo from GM providing current mortgage statement for this debtor. Reviewed debtors plan and determined they are paying inside the plan. | 0.10 | $100.00 | $10.00 |
| Service | VM | 04/10/2025 | Review email from debtor: Reviewed email from debtor with writ of garnishment, sent to BB. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/10/2025 | Review email from debtor: Reviewed email from debtor providing the writ of garnishment requested. Drafted email memo to KR informing her. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/10/2025 | Reviewed email memo from BB re: MSDoR debt; drafted email memo to JAC re: review added debt | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/11/2025 | review & respond to email from KR re: adding debt | 0.10 | $360.00 | $36.00 |

Invoice # 7827 - 04/21/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 04/11/2025 | Review email from Attorney: Reviewed email memo from JAC re: adding debt | 0.10 | $155.00 | $15.50 |
| Service | BB | 04/16/2025 | Reviewed and prepared the amended E with all signatures for upload to clio so we can file with the court to add the debt from MSDOR. | 0.40 | $100.00 | $40.00 |
| Service | BB | 04/16/2025 | Review email from debtor: Reviewed email from debtor requesting the cease garnishment letter to provide to her employer. informed the debtor the amendment to add the debt is working its way through the court systems and we will provide the letter as soon as we are able. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/17/2025 | Reviewed court docket for the Confirmed Plan and the Meeting of Creditors; drafted the Notice of Amendments; drafted email to JAC re: review Notice, Amended F, and Amended Matrix | 0.20 | $155.00 | $31.00 |
| Service | JAC | 04/17/2025 | review & approve drafted notice prepared by KR | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/18/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | KR | 04/18/2025 | Reviewed email memo from JAC re: Amended E; prepared the Amended E, the Summary of Assets, the Declaration of Schedules and the Notice of Amendments for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 04/18/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice of Amendments with the Declaration of Mailing, the Amended E and the Amended Matrix for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/21/2025 | Reviewed court docket for the previous filed invoice and order; reviewed the Trustee's website to verify amount of attorney's fees paid to date; drafted 1st part of the 2nd Application | 0.30 | $155.00 | $46.50 |
| | | | | **Services Subtotal** | | **$1,277.00** |

**Expenses**

Invoice # 7827 - 04/21/2025

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/10/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $49.59 | $49.59 |
| Expense | 04/17/2025 | Filing Fee - New Debt: Filing Fee to add new debt (MSDoR) | 1.00 | $34.00 | $34.00 |
| Expense | 04/18/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 04/18/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 04/21/2025 | Estimated Cost of Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $32.19 | $32.19 |
| | | | | **Expenses Subtotal** | **$124.16** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.8 | $360.00 | $648.00 |
| Jennifer Curry Calvillo | Attorney | 0.4 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.2 | $360.00 | $72.00 |
| Thomas Rollins | Attorney | 0.2 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 1.0 | $100.00 | $100.00 |
| Vanessa Martinez | Non-Attorney | 2.4 | $100.00 | $240.00 |
| Kerri Rodabough | Non-Attorney | 1.4 | $155.00 | $217.00 |
| Kerri Rodabough | Non-Attorney | 1.8 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,401.16** |
| | | | **Total** | **$1,401.16** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7316 | 01/05/2025 | $3,386.66 | $0.00 | $3,386.66 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Invoice # 7827 - 04/21/2025

| | | | | |
|---|---|---|---|---|
| 7827 | 05/21/2025 | $1,401.16 | $0.00 | $1,401.16 |
| | | | **Outstanding Balance** | **$4,787.82** |
| | | | **Total Amount Outstanding** | **$4,787.82** |

4/21/25, 2:17 PM                                                                 Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?  [ 2 ]  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?  [ 29 ]  parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.  [ 2 ]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.  [ 1 ]

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[ Get Estimate! ]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 29 |  |
| Date and Time: | Mon Apr 21 2025 14:17:55 GMT-0500 (Central Daylight Time) |  |
| Total Pages to Print: | 58 |  |
| Sheets Per Envelope | 1 |  |
| First Class Postage Rate | $ 0.73 |  |
| Print Rate: | $ 0.19 |  |
| Printing Cost: | $ | 11.02 |
| Postage Cost: | $ | 21.169999999999998 |
| Total Cost: | $ | 32.19 |

[ Print This Estimate ]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED