United States Bankruptcy Court
Southern District of Mississippi

| In re: | Case No. 24-51518-KMS |
|---|---|
| Sabrina Brown Erkhart | Chapter 13 |
| Brett Alvin Erkhart | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 30, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sabrina Brown Erkhart, Brett Alvin Erkhart, 138 Erkhart Ln, Lucedale, MS 39452-4459 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2025        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Natalie Kareda Brown | on behalf of Creditor AmeriSave Mortgage Corporation nbrown@rlselaw.com lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Brett Alvin Erkhart trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sabrina Brown Erkhart trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 30, 2025 | Form ID: pdf012 | Total Noticed: 1 |

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 6



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: May 30, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Sabrina Brown Erkhart                                                    Case No. 24-51518-KMS
         Brett Alvin Erkhart, Debtors                                                          CHAPTER 13

### ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtors' Motion to Modify Plan (DK # 49 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Modify Plan is granted. The Confirmed Plan shall be modified to pay the Mississippi Department of Revenue. The Chapter 13 Trustee shall retain discretion to issue a wage order or other otherwise increase the payment amount of the Modified Payment if the Trustee determines such increase is necessary to pay the priority and secured claims as ordered in the confirmed plan. This Order binds those creditors and parties in interest that have been properly served. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtors must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR