United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-51518-KMS
Sabrina Brown Erkhart  Chapter 13
Brett Alvin Erkhart
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Aug 07, 2025     Form ID: n001     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sabrina Brown Erkhart, Brett Alvin Erkhart, 138 Erkhart Ln, Lucedale, MS 39452-4459 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5457497 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 07 2025 19:29:00 | AmeriSave Mortgage Corporation, Attention Bankruptcy, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 5543256 | + | Email/Text: BKMAIL@planethomelending.com | Aug 07 2025 19:29:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Natalie Kareda Brown | |
| | on behalf of Creditor Planet Home Lending LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Aug 07, 2025 | Form ID: n001 | Total Noticed: 3 |

Natalie Kareda Brown
    on behalf of Creditor AmeriSave Mortgage Corporation nbrown@rlselaw.com
    lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Phillip Brent Dunnaway
    on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Brett Alvin Erkhart trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Sabrina Brown Erkhart trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 7

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:** Sabrina Brown Erkhart  
Brett Alvin Erkhart

**Case No.:** 24−51518−KMS

**Chapter** 13

**To:** Assignee/Transferee

Planet Home Lending, LLC  
321 Research Parkway  
Suite 303  
Meriden, CT 06450

**To:** Assignor/Transferor

AmeriSave Mortgage Corporation  
Attention Bankruptcy  
1 Corporate Drive, Ste 360  
Lake Zurich, IL 60047

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that AmeriSave Mortgage Corporation has assigned/transferred its claim in the amount of $215,759.94 to Planet Home Lending, LLC.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **August 28, 2025** you are required to file a written response. Registered users of the Electronic Case Filing (ECF) system should file any response using ECF. Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court  
Dan M. Russell, Jr. U.S. Courthouse  
2012 15th Street, Suite 244  
Gulfport, MS 39501

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: August 7, 2025

Danny L. Miller, Clerk of Court  
Dan M. Russell, Jr. U.S. Courthouse  
2012 15th Street, Suite 244  
Gulfport, MS 39501

228−563−1790