**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Sabrina Brown Erkhart                                  Case No. 24-51518-KMS
         Brett Alvin Erkhart, Debtors                                        CHAPTER 13

## NOTICE

Debtors have filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: March 23, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer A Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O. Box 13767
                                           Jackson, MS 39236
                                           trollins@therollinsfirm.com
                                           601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Sabrina Brown Erkhart                     Case No. 24-51518-KMS
          Brett Alvin Erkhart, Debtors                     CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COME NOW, Debtors, by and through counsel, and move this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors are requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of April 2026 and May 2026.

3. As such, Debtors cannot afford to make the monthly plan payment due to a forthcoming divorce. Debtors will be able to resume making payments beginning in June 2026.

4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Motion to Suspend Plan Payments was forwarded on March 24, 2026, to the creditor, case trustee and U.S. Trustee as indicated in the "21-day notice" that accompanies this Objection.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on March 24, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SABRINA BROWN ERKHART
BRETT ALVIN ERKHART

CASE NO: 24-51518

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/24/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/24/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SABRINA BROWN ERKHART
BRETT ALVIN ERKHART

CASE NO: 24-51518

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 3/24/2026, a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/24/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-51518
SOUTHERN DISTRICT OF MISSISSIPPI
MON MAR 23 15-11-54 PST 2026

~~EXCLUDE~~

~~(U)AMERISAVE MORTGAGE CORPORATION~~

FLOWERING PEACH BK LLC
PO BOX 1149
GRAPEVINE  TX 76099-1149

~~EXCLUDE~~

~~(U)PLANET HOME LENDING  LLC~~

SINGING RIVER HEALTH SYSTEM
CO MICHAEL J MCELHANEY  JR
P O BOX 1618
PASCAGOULA   MS 39568-1618

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501-2036~~

1ST FRANKLIN
1018 INDUSTRIAL PKWY
SARALAND  AL 36571-3720

1ST FRANKLIN FINANCIAL CORPORATION
ATTN ADMINISTRATIVE SERVICES
PO BOX 880
TOCCOA GA 30577-0880

AFFIRM  INC
650 CALIFORNIA ST
FL 12
SAN FRANCISCO  CA 94108-2716

AIDVANTAGE ON BEHALF OF
DEPT OF ED LOAN SERVICES
PO BOX 300001
GREENVILLE TX 75403-3001

ALABAMA CREDIT UNION
ATTN BANKRUPTCY
220 PAUL W BRYANT DR E
TUSCALOOSA  AL 35401-2007

(P)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

BIENVILLE ORTHOPAEDIC SPECIALISTS  LLC
CO WAKEFIELD  ASSOCIATES  LLC
PO BOX 58
FORT MORGAN  CO 80701-0058

BOLLINGER SHIPYARDS
900 BAYOU CASOTTE PKWY
PASCAGOULA  MS 39581-9602

CBA
ATTN BANKRUPTCY
PO BOX 5013
HAYWARD  CA 94540-5013

CHIMESTRIDE BANK
ATTN BANKRUPTCY
PO BOX 417
SAN FRANCISCO  CA 94104-0417

CITIBANKHOME DEPOT
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
ST LOUIS  MO 63179-0040

DLL FINANCE LLC
PO BOX 2000
JOHNSTON  IA 50131-0020

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

~~EXCLUDE~~

~~(D)(P)DOVENMUEHLE MORTGAGE~~
~~1 CORPORATE DRIVE SUITE 360~~
~~LAKE ZURICH IL 60047-8945~~

EDFINANCIAL SERVICES L
120 N SEVEN OAKS DRIVE
KNOXVILLE  TN 37922-2359

FAMILY CHOICE FINANCIAL  INC
168 COWART ST
SUITE 2
LUCEDALE  MS 39452-5916

~~EXCLUDE~~

~~(D)FLOWERING PEACH BK LLC~~
~~PO BOX 1149~~
~~GRAPEVINE  TX 76099-1149~~

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

KOHLS
PO BOX 3043
MILWAUKEE  WI 53201-3043

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LVNV FUNDING
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

NCB MANAGEMENT SERVICES  INC
ATTN BANKRUPTCY
ONE ALLIED DRIVE
TREVOSE  PA 19053-6945

NATALIE BROWN  ESQ
FOR AMERISAVE MORTGAGE CORPORATION
RUBIN LUBLIN  LLC
3145 AVALON RIDGE PLACE SUITE 100
PEACHTREE CORNERS  GA 30071-1570

NAVIENT
ATTN  BANKRUPTCY
PO BOX 9635
WILKES BARRE  PA 18773-9635

ONE MAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 3251
EVANSVILLE  IN 47731-3251

ONEMAIN FINANCIAL GROUP  LLC
PO BOX 3251
EVANSVILLE  IN 47731-3251

PLANET HOME LENDING  LLC
321 RESEARCH PARKWAY
SUITE 303
MERIDEN  CT 06450-8342

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RESURGENT RECEIVABLES  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

SINGING RIVER FCU
ATTN BANKRUPTCY
6006 HIGHWAY 63
MOSS POINT  MS 39563-9534

EXCLUDE

(D)SINGING RIVER HEALTH SYSTEM
CO MICHAEL J MCELHANEY  JR
P O BOX 1618
PASCAGOULA  MS  39568-1618

SMITH ROUCHON
1456 ELLIS AVE
JACKSON  MS 39204-2204

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

US DEPARTMENT OF EDUCATION
EDFINANCIAL SERVICES
120 N SEVEN OAKS DRIVE
KNOXVILLE  TN 37922-2359

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

BRETT ALVIN ERKHART
138 ERKHART LN
LUCEDALE  MS 39452-4459

DEBTOR

SABRINA BROWN ERKHART
138 ERKHART LN
LUCEDALE  MS 39452-4459

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

(P)WARREN A  CUNTZ  TI JR
PO BOX 3749
GULFPORT MS 39505-3749