## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Sabrina Brown Erkhart                    Case No. 24-51518-KMS
        Brett Alvin Erkhart, Debtor(s)           CHAPTER 13

### NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

Please take notice that Debtor ONLY has a new mailing address. The new mailing address for Sabrina Brown Erkhart is:


**New Mailing Address:**              321Poplar Ave
                                      McLain, MS 39456
Date:  April 3, 2026


                                      /s/ Thomas C. Rollins, Jr.
                                      Attorney for Debtor


Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.


                                      /s/ Thomas C. Rollins, Jr.
                                      Attorney for Debtor


Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533