**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Sabrina Brown Erkhart,                     Case No. 24-51518-KMS
        Brett Alvin Erkhart, Debtors                     CHAPTER 13

**<u>MOTION TO LIFT THE AUTOMATIC STAY WITH LIMITATION</u>**

COME NOW, Debtors, by and through counsel, and moves this Court to Lift the Automatic Stay with limitation, and would show the Court as follows:

I.

Debtors commenced this case on 10/22/2024 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

II.

Sabrina Brown Erkhart has hired Cynthia A. Re, to file a Joint Complaint for Divorce on the grounds of Irreconcilable Differences in the Chancery Court of George County, Mississippi ("Chancery Court").

III.

Debtors request that the Automatic Stay be modified for cause to allow an action to proceed in the Chancery Court with respect to (1) the dissolution of marriage, (2) the right to alimony, maintenance and/or support from property that is not property of the bankruptcy estate, and (3) determination of and equitable division of marital property.

IV.

Debtors request that the automatic stay shall remain in full force and effect and that the Bankruptcy Court should retain exclusive jurisdiction with respect to (1) enforcement of a judgment from the Chancery Court to the extent it affects property of the bankruptcy estate, and (2) approval and entry of and consensual property settlement agreement.

WHEREFORE, Debtors pray that the Automatic Stay be modified to the extent described above and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Lift the Automatic Stay was forwarded on April 6, 2026, to:

By First Class U.S. Mail, Postage Prepaid:

Sabrina Brown Erkhart
321 Poplar Ave
McLain, MS 39456

Brett Alvin Erkhart
123 Erkhart Ln
Lucedale, MS 39452

Cynthia A. Re, Attorney for Debtor
820 Manila Street
Lucedale, MS 39452

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Sabrina Brown Erkhart
Brett Alvin Erkhart

CASE NO: 24-51518

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/6/2026, I did cause a copy of the following documents, described below,

MOTION TO LIFT THE AUTOMATIC STAY WITH LIMITATION

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/6/2026


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Sabrina Brown Erkhart
Brett Alvin Erkhart

CASE NO: 24-51518

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 4/6/2026, a copy of the following documents, described below,

MOTION TO LIFT THE AUTOMATIC STAY WITH LIMITATION

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/6/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

SABRINA BROWN ERKHART
321 POPLAR AVE
MCLAIN MS  39456

FIRST CLASS

BRETT ALVIN ERKHART
123 ERKHART LN
LUCEDALE MS 39452

FIRST CLASS

CYNTHIA A. RE
820 MANILA STREET
LUCEDALE MS 39452

FIRST CLASS

SABRINA BROWN ERKHART
321 POPLAR AVE
MCLAIN MS  39456

FIRST CLASS

BRETT ALVIN ERKHART
123 ERKHART LN
LUCEDALE MS 39452

FIRST CLASS

CYNTHIA A. RE
820 MANILA STREET
LUCEDALE MS 39452