## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Sabrina Brown Erkhart                    Case No. 24-51518-KMS
        Brett Alvin Erkhart, Debtors                          CHAPTER 13

### NOTICE

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: May 5, 2026        Signature:   /s/ Thomas C. Rollins, Jr.
                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                    Jennifer Ann Curry Calvillo (MSBN 104367)
                                    The Rollins Law Firm, PLLC
                                    P.O. Box 13767
                                    Jackson, MS 39236

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Sabrina Brown Erkhart                        Case No. 24-51518-KMS
        Brett Alvin Erkhart, Debtors                        CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COME NOW, Debtors, by and through counsel, and move this Court to modify their

Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on October 22, 2024 by filing a voluntary petition

   for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors' household income and expenses have changed as evidenced by the
   Supplemental I/J filed on May 5, 2026 (Dk# 67).

3. The Debtors wish to modify the plan to reduce the payment to the amount
   necessary to cease ongoing distributions to general unsecured creditors.

4. The Debtors request the plan payment be recalculated to cure any deficiency
   including ongoing mortgage payments paid through the plan, if one exists, and
   adjust the wage order as needed.

5. The Debtors request the wage order to be separated as follows:

   a. Sabrina Brown Erkhart in the fixed amount of $750.00 per month

   b. Brett Alvin to pay the remaining monthly amount

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-

mentioned changes and for such additional or alternative relief as may be just and proper.


Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on May 5, 2026, to:

By Electronic CM/ECF Notice:

Warren Cuntz

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SABRINA BROWN ERKHART
BRETT ALVIN ERKHART

CASE NO: 24-51518

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/5/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/5/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SABRINA BROWN ERKHART
BRETT ALVIN ERKHART

CASE NO: 24-51518

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 5/5/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/5/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-51518
SOUTHERN DISTRICT OF MISSISSIPPI
TUE MAY 5 9-10-26 PST 2026

EXCLUDE

(U)AMERISAVE MORTGAGE CORPORATION

FLOWERING PEACH BK LLC
PO BOX 1149
GRAPEVINE TX 76099-1149

EXCLUDE

(U)PLANET HOME LENDING LLC

SINGING RIVER HEALTH SYSTEM
CO MICHAEL J MCELHANEY JR
P O BOX 1618
PASCAGOULA MS 39568-1618

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL JR US COURTHOUSE
2012 15TH STREET SUITE 244
GULFPORT MS 39501-2036

1ST FRANKLIN
1018 INDUSTRIAL PKWY
SARALAND AL 36571-3720

1ST FRANKLIN FINANCIAL CORPORATION
ATTN ADMINISTRATIVE SERVICES
PO BOX 880
TOCCOA GA 30577-0880

AFFIRM INC
650 CALIFORNIA ST
FL 12
SAN FRANCISCO CA 94108-2716

AIDVANTAGE ON BEHALF OF
DEPT OF ED LOAN SERVICES
PO BOX 300001
GREENVILLE TX 75403-3001

ALABAMA CREDIT UNION
ATTN BANKRUPTCY
220 PAUL W BRYANT DR E
TUSCALOOSA AL 35401-2007

(P)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

BIENVILLE ORTHOPAEDIC SPECIALISTS LLC
CO WAKEFIELD ASSOCIATES LLC
PO BOX 58
FORT MORGAN CO 80701-0058

BOLLINGER SHIPYARDS
900 BAYOU CASOTTE PKWY
PASCAGOULA MS 39581-9602

CBA
ATTN BANKRUPTCY
PO BOX 5013
HAYWARD CA 94540-5013

CHIMESTRIDE BANK
ATTN BANKRUPTCY
PO BOX 417
SAN FRANCISCO CA 94104-0417

CITIBANKHOME DEPOT
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
ST LOUIS MO 63179-0040

DLL FINANCE LLC
PO BOX 2000
JOHNSTON IA 50131-0020

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

EXCLUDE

(D)(P)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

EDFINANCIAL SERVICES L
120 N SEVEN OAKS DRIVE
KNOXVILLE TN 37922-2359

FAMILY CHOICE FINANCIAL INC
168 COWART ST
SUITE 2
LUCEDALE MS 39452-5916

EXCLUDE

(D)FLOWERING PEACH BK LLC
PO BOX 1149
GRAPEVINE TX 76099-1149

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201-5025

KOHLS
PO BOX 3043
MILWAUKEE WI 53201-3043

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LVNV FUNDING
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON   MS 39225-2808

NCB MANAGEMENT SERVICES   INC
ATTN BANKRUPTCY
ONE ALLIED DRIVE
TREVOSE   PA 19053-6945

NATALIE BROWN   ESQ
FOR AMERISAVE MORTGAGE CORPORATION
RUBIN LUBLIN   LLC
3145 AVALON RIDGE PLACE SUITE 100
PEACHTREE CORNERS   GA 30071-1570

NAVIENT
ATTN   BANKRUPTCY
PO BOX 9635
WILKES BARRE   PA 18773-9635

ONE MAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 3251
EVANSVILLE   IN 47731-3251

ONEMAIN FINANCIAL GROUP   LLC
PO BOX 3251
EVANSVILLE   IN 47731-3251

EXCLUDE

PLANET HOME LENDING   LLC
321 RESEARCH PARKWAY
SUITE 303
MERIDEN   CT 06450-8342

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE

RESURGENT RECEIVABLES   LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE   SC 29603-0587

SINGING RIVER FCU
ATTN BANKRUPTCY
6006 HIGHWAY 63
MOSS POINT  MS 39563-9534

(D)SINGING RIVER HEALTH SYSTEM
CO MICHAEL J MCELHANEY   JR
P O BOX 1618
PASCAGOULA   MS   39568-1618

SMITH ROUCHON
1456 ELLIS AVE
JACKSON   MS 39204-2204

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON   DC 20530-0001

US DEPARTMENT OF EDUCATION
EDFINANCIAL SERVICES
120 N SEVEN OAKS DRIVE
KNOXVILLE   TN 37922-2359

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON   MS 39201-5022

BRETT ALVIN ERKHART
138 ERKHART LN
LUCEDALE   MS 39452-4459

DEBTOR

SABRINA BROWN ERKHART
321 POPLAR AVE
MCLAIN   MS 39456-4500

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM   PLLC
PO BOX 13767
JACKSON   MS 39236-3767

EXCLUDE

(P)WARREN A   CUNTZ   T1 JR
PO BOX 3749
GULFPORT MS 39505-3749