**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Sabrina Brown Erkhart**                    **Case No. 24-51518-KMS**
           **Brett Alvin Erkhart, Debtors**                    **CHAPTER 13**

<u>**ORDER ON MOTION TO APPROVE PROPERTY SETTELMENT AGREEMENT**</u>

On the Motion to Approve Property Settlement Agreement (Dk # ___) filed by the Debtor, the

Court having considered same, finds that that the relief requested is appropriate under the facts

and the law.

       IT IS THEREFORE ORDERED that the Property Settlement Agreement Provided for in

the Motion is approved for entry by the George County Chancery Court.

##END OF ORDER##

PREPARED BY:
<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR