_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 3, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Sabrina Brown Erkhart                    Case No. 24-51518-KMS
          Brett Alvin Erkhart, Debtors                          CHAPTER 13

### ORDER ON MOTION TO APPROVE PROPERTY SETTELMENT AGREEMENT

On the Motion to Approve Property Settlement Agreement (Dk #  69) filed by the Debtor, the

Court having considered same, finds that that the relief requested is appropriate under the facts

and the law.

IT IS THEREFORE ORDERED that the Property Settlement Agreement Provided for in

the Motion is approved for entry by the George County Chancery Court.

##END OF ORDER##


PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR