**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:**
**SABRINA BROWN & BRETT ALVIN ERKHART**

**CHAPTER 13**
**CASE NO. 24-51518-KMS**

**<u>ORDER RELEASING EARNINGS OF DEBTOR</u>**
**BRETT ALVIN ERKHART (SSN # XXX-XX-4234)**

THE ORDER **(Dkt. 75)** heretofore entered in these proceedings by which the debtor's employer:

**BIRDON AMERICA, INC**
**4965 KINGSTON ST**
**DENVER, CO 80239-2516**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**<u>IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.</u>**

**##END OF ORDER##**